IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION
| | |
|---|---|
| **MALLIE LEE HILL,** | ) |
| Plaintiff, | ) Case No. 1:09CV00069 |
| v. | ) **JUDGMENT** |
| **COMMISSIONER OF SOCIAL SECURITY,** | ) By: James P. Jones<br>) United States District Judge |
| Defendant. | ) |

It appearing that no objections have been timely filed to the Report filed December 27, 2010, setting forth the findings and recommendations of the magistrate judge, it is **ADJUDGED AND ORDERED** as follows:

1. The Report and its findings and recommendations are wholly ACCEPTED and APPROVED;

2. The motions for summary judgment by the parties are DENIED;

3. The final decision of the Commissioner of Social Security is VACATED and this action is REMANDED to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further consideration in accord with the Report; and

4. The clerk will close this case.

ENTER: January 19, 2011

_____
United States District Judge